8006

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Joseph Laplante, Mullen, INDIVIDUALLy     Docket 22-cv-547

Ransmeier & Spellman, OFFICIALLY          jury trial demanded

Chase, individually, Town of Wolfeboro

OFFICIALLY

Please see Evidence of the Abuse of Judge Laplante, his Trespassing of the Law, when he tries under Fraud - in violation of the law, where in New Hampshire Speeding is Not A Crime meaning Probable Cause Does Not Exist To violate the Law, A Crime was Not committed.

Josephine Amatucci

P.S. Get me Before A Jury of my Peers For Damages under 1983 For A Fourth & Fourteen Amendment Violation.

unreasonable seizures "is not offended." <u>Collins v. Univ. of N.H.</u>, 664 F.3d 8, 14 (1st Cir. 2011).

"Probable cause exists when police officers, relying on reasonably trustworthy facts and circumstances, have information upon which a reasonably prudent person would believe the suspect had committed or was committing a crime." <u>United States v. Pontoo</u>, 666 F.3d 20, 31 (1st Cir. 2011) (internal quotation marks and citations omitted). "'The question of probable cause . . . is an objective inquiry,' and [courts] do not consider the 'actual motive or thought process of the officer.'" <u>Kenney v. Head</u>, 670 F.3d 354, 358 (1st Cir. 2012) (citation omitted).

It is important to note, at he outset, that in order for Mrs. Amatucci to prove her case, she must show that the defendants are liable for a malicious prosecution <u>as to the speeding charge resulting in acquittal</u>, as opposed to the disobeying an officer charge of which she was convicted. As the court rules, <u>see</u> Part III, <u>infra</u>, she cannot prove that claim. Even if she had been arrested or detained for speeding, however, that charge was supported by probable cause.

[handwritten margin left: PROSECUTED ALSO A SPEEDY TRIAL VIOLATION]

[handwritten right: YOU DON'T GET ARRESTED FOR SPEEDING WHERE SPEEDING IS NOT A CRIME IN NEW HAMPSHIRE THE ARREST - SEIZURE - IS A 4TH AMEND. VIOLATION]

A.   RSA 265:60

In New Hampshire, the offense of speeding is committed when a person drives at "unreasonable and imprudent" speeds for the

[handwritten bottom: ACCORDING TO THE LAW THERE IS NO PROBABLE CAUSE ESTABLISHED TO ARREST FOR SPEEDING, IF IT IS NOT A CRIME. SPEEDING IS NOT A CRIME]

13

## Wolfeboro Police Department
## Arrest Report

Page: 2
05/21/201[4]

Arrest #: 14-84-AR
Call #: 14-14889

*Evidence # 8* (handwritten)

| DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|

**[RIGHTS/BOOKING CHECKS]**

RIGHTS ADVISED BY: Patrolman Shane Emerson          DATE/TIME: 05/07/2014 @ 1300
PHONE USED: N
ARRESTEE SECURED: N

FINGERPRINTED: N
PHOTOGRAPHED: Y
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|

LOCATION TYPE: Other/Unknown          Zone: Downtown
TOWN HALL
84 SOUTH MAIN ST
WOLFEBORO NH 03894

*Pursuit of defendant started in Town Hall when Officer O'Brien called the Sheriff for backup* (handwritten)

**DISOBEYING AN OFFICER**                               N          Misdemeanor     B
             265          4                                         B
    OCCURRED: 05/07/2014    1248
    SUSPECTED OF USING: Not Applicable

**FAILURE TO OBEY POLICE OFFICER(TRAFFIC)**             N          Misdemeanor     B
             265          3                                         B
    OCCURRED: 05/07/2014    1248
    SUSPECTED OF USING: Not Applicable

**SPEED - BASIC RULE**                                  N          Violation
             265          60,I
    OCCURRED: 05/07/2014    1248          *No Arrest - Just A Fine* (handwritten)
    SUSPECTED OF USING: Not Applicable

| VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|
| PT CRUISER | 2006 | CHRY | 4H | BLU | | NH 2321610 | $1.00 |

    STATUS: Seized (Not Previously Stolen)                    DATE: 05/08/2014
    OWNER: AMATUCCI, JOSPEHINE
    VIN: 3A4FX48B76T266136

| OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|
| RED, FLASH DRIVE/COPY ON CD | 14-98-PR | Evidence (Not Nibrs Reportable) |

    QUANTITY: 2              VALUE: $1.00
    SERIAL #: NOT AVAIL
       DATE: 05/21/2014
       OWNER: AMATUCCI, JOSPEHINE