8025

RECEIVED - USDC -NH
2023 APR 20 AM 11:44

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Mullen, Laplante, et al                                   Case No. 1:22-cv-00547

REQUESTING A RESPONSE

OF ATTACHED PREVIOUSLY SENT MOTION

1    On December 26, 2022 the Plaintiff filed the attached motion to the court and has not had any response.  The Plaintiff is asking this Court to respond to the attached motion.   And is also MANDATING that the Court allow a jury trial of her peers for damages for the violation of her Federal Civil Rights,  for the unlawful prosecution for speeding,  when speeding is NOT A CRIME IN NEW HAMPSHIRE.

2.   She added the former Police Chief Stuart Chase as a defendent in the case, even though the entire case was all about him,  even though he is privity as a party to the case, as the case is all about his violation of the Plaintiff's Federal Civil Rights,  which was before Judge Laplante,  and defended by Mullen.  That Chase as a policymaking official violated her civil rights,  making the Town of Wolfeboro liable.

3.    Also, there needs to be a reform in the system as this Court has placed this case in purgatory,  not responding for years and years,  denying the Plaintiff her

1

right to damages, denying an ELDERLY Plaintiff of 84 years old her rights under the law, for a SPEEDY RESOLVEMENT of her claims.. Especially where the law verifies her claim that she was unlawfully PROSECUTED for speeding, where she was found NOT GUILTY of Speeding by the judge, and where speeding is NOT A CRIME IN NEW HAMPSHIRE.

4. Therefore, if the court refuses to allow me a jury trial for damages immediately they are in fact TRESPASSING AGAINST THE LAW. The Plaintiff has suffered enough This is ABUSE OF THE ELDERLY, when the Court refuses to allow the Plaintiff her RIGHT to damages under 1983 for the unlawful prosecution for speeding.

Respectfully,

Josephine Amatucci

April 19, 2023

8025

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Mullen, Laplante, et al                    Case No. 1:22-cv-00547

REQUESTING A RESPONSE

OF ATTACHED PREVIOUSLY SENT MOTION

1    On December 26, 2022 the Plaintiff filed the attached motion to the court and has not had any response.  The Plaintiff is asking this Court to respond to the attached motion.   And is also MANDATING that the Court allow a jury trial of her peers for damages for the violation of her Federal Civil Rights, for the unlawful prosecution for speeding, when speeding is NOT A CRIME IN NEW HAMPSHIRE.

2.   She added the former Police Chief Stuart Chase as a defendent in the case, even though the entire case was all about him, even though he is privity as a party to the case, as the case is all about his violation of the Plaintiff's Federal Civil Rights, which was before Judge Laplante, and defended by Mullen.  That Chase as a policymaking official violated her civil rights, making the Town of Wolfeboro liable.

3.    Also, there needs to be a reform in the system as this Court has placed this case in purgatory, not responding for years and years, denying the Plaintiff her

1

right to damages , denying an ELDERLY Plaintiff of 84 years old her rights under the law, for a SPEEDY RESOLVEMENT of her claims.. Especially where the law verifies her claim that she was unlawfully PROSECUTED for speeding, where she was found NOT GUILTY of Speeding by the judge, and where speeding is NOT A CRIME IN NEW HAMPSHIRE.

4.   Therefore, if the court refuses to allow me a jury trial for damages immediately they are in fact TRESPASSING AGAINST THE LAW. The Plaintiff has suffered enough This is ABUSE OF THE ELDERLY, when the Court refuses to allow the Plaintiff her RIGHT to damages under 1983 for the unlawful prosecution for speeding.

Respectfully,

Josephine Amatucci

April 19, 2023

*Josephine Amatucci*

FROM: JOSEPHINE AMATUCCI
P.O. Box 272
Wolfeboro Falls, N.H. 03896



United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301