8040

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Laplante, Mullen, Chase,                    Docket 22-cv-547-LM

Town of Wolfeboro

MOTION FOR SUMMARY JUDGMENT

JUDGMENT AS A MATTER OF LAW

1. Please find attached copies of the exculpatory evidence that is already in the files, evidence that has been before the Court since day one, that the Plaintiff was unlawfully prosecuted for speeding, and where speeding is not a crime in New Hampshire, this was an unlawful detention, an unlawful seizue of her Liberty rights, a violation of Due Process of her FEDERAL CONSTITUTIONAL RIGHTS, and a violation of the Sixth Amendment for a Speedy Trial.

2. And where a judges takes an OATH of Office to abide by the Federal Constitution, which is the LAW OF THE LAND, it appears that if a judge refuses the Plaintiff her rights under 1983, under the FEDERAL CONSTITUION, the judge would be a Trespassor.

3. Attached is the evidence that is already in the case files, in the record evidence of the Plaintiff's right to damages under 1983, where there was

1

NO PROBABLE CAUSE TO PROSECUTE HER FOR SPEEDING, , as speeding is not a crime in New Hampshire.

4.      This case is years and years old, in an abuse of the elderly under the Sixth Amendment for a SPEEDY TRIAL, in violation of Due Process where there is no dispute and there has NEVER BEEN A DISPUTE UNDER THE LAW, that the Plaintiff has a right to damages under 1983, and for violation of her LIBERTY RIGHTS when she was unlawfully detained, seized for an offense that is not a crime in New Hampshire. A violation of Due Process, and the Fourth Amendment. WITHOUT PROBABLE CAUSE.

5.      I was unlawfully prosecuted for speeding, my car was towed without a warrant to do so , I went to jail OVERNIGHT, an imprisonment, the trial for speeding was a violation of the sixth amendment speedy trial clause, therefore the conviction for disobeying a police officer was VOID OF NO LEGAL FORCE, that It was the DUTY of Chase, a policymaking official to protect me, from being prosecuted for speeding, instead of allowing the prosecutor, ALSO a policymaking official, to prosecute me. Which is Monell claim for liability for the town.

WHEREFORE:   The Plaintiff is DEMANDING her rights under the LAW OF THE LAND, under 1983, under the Federal Constitution for this judge and Court to rule on this case immediately, which has been in purgatory long enough, and without further delay, as demanded under the Sixth Amendment, where the Plaintiff is 84 years old. That the Plaintiff be allowed to go before a jury of her peers for damages as allowed under 1983. IMMEDIATELY. Thankyou.

Respectfully,

Josephine Amatucci

May 8, 2023

Copy:  Town of Wolfeboro

*Josephine Amatucci*

2

FROM: JOSEPHINE AMATUCCI
P.O. BOX 272
WOLFEBORO FALLS, N.H. 03896

MANCHESTER NH 030
8 MAY 2023 PM 3 L

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
OFFICE OF THE CLERK
55 PLEASANT ST.
ROOM 110
CONCORD, N.H. 03301

03301-394135