8045

United States District Court

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Mullen, Laplante, CHASE,

TOWN of Wolfeboro                                    Docket 22-cv-547

MOTION FOR A SIXTH AMENDMENT SPEEDY TRIAL

FOR JUDGMENT AS A MATTER OF LAW

1.   The Plaintiff never agreed that this case would be ruled by the Magistrate. Although by law she is allowed to do a Report and Recommendation.

2.   Therefore, the Plaintiff is demanding her right that the Judge in this case not the Magistrate Judge, rule on the Plaintiff's claim of an unawful prosecution for speeding.  IMMEDIATELY.  Allowing her the right to a jury trial for damages as allowed under 1983.

3.   Where defendant Laplante in his individual capacity, without jurisdiction fraudulently allowed the defendants summary judgment under a claim that they had probable cause to ................STOP............the Plaintiff when the facts in the lawsuit by the Plaintiff was the fact that she was unlawfully prosecuted for speeding, a Fourth Amendment seizure, unlawful detention, as speeding is not

1

a crime in New Hampshire.

4. Therefore where the claim is over five years old and the Plaintiff is 84 years old, she has a constitutional right to a speedy trial, for damages which is allowed under 1983, For the unlawful prosecution for speeding by Chase, and for the actions of Laplante in his individual status, and Mullen when in a Conspiracy they denied the Plaintiff was prosecuted for speeding, with the Affidavit in the files signed under oath by the former Police chief Stuart Chase exculpatory evidence before Mullen and Laplante, stated UNDER OATH by chase that the Plaintiff was PROSECUTED FOR SPEEDING AND DISOBEYING A POLICE OFFICER.

5. It is MANDATORY that this Court responds to this Motion.

Respectfully,

Josephine Amatucci

May 11, 2023

*Josephine Amatucci*

FROM: J. Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896



MANCHESTER NH 030
11 MAY 2023 PM 1 L

United States District Court
District of N.H.
Office of the Court
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135