8012

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Mullen, et al                                              Case No. 1:22-cv-00547

MOTION FOR SUMMARY JUDGMENT

JUDGMENT AS A MATTER OF LAW

1. Five years ago I filed a case Josephine Amatucci v. Stuart Chase, for unlawfully ..... PROSECUTING ME FOR SPEEDING.... As simple as that, no confusion, where SPEEDING IS NOT A CRIME IN NEW HAMPSHIRE, I should never have been prosecuted for speeding.

2. In the files was a statement UNDER OATH by Chase verifying that I was prosecuted for speeding.

3. Now, I am 84 years old and this court is not allowing me a jury trial of my peers for damages as allowed under 1983 for the violation of my civil rights for the unlawful detention of my Liberty Rights, for the unalawful seizure under the Fourth Amendment, and a violation of Due Process.

4. Under Summary Judgment where there is and could not be any denial of this

1

claim, with the Affidavit under Oath by chase, I am demanding my right to a jury trial for damages, or there is an Abuse of the Elderly involved in what is happening with this case.

Respectfully,

Josephine Amatucci

May 17, 2023

*Josephine Amatucci*

From: J. Amatucci
P.O. Box 242
Wolfeboro Falls, N.H. 03896



MANCHESTER NH 030
17 MAY 2023 PM 3 L

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135