8145

UNITED STATES DISTICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Mullen, INDIVIDUALLY, Joseph Laplante, INDIVIDIUALLY

Stuart Chase, INDIVIDUALLY, Town of Wolfeboro

Ransmeier & Spellman                               Docket 22-cv-547

SUPPLEMENTAL BRIEF

FOR HEARING ON EVIDENCE OF LAW

FOR JUDGMENT AS A MATTER OF LAW

1. The court knows or should have known that my......ARREST.....by the police

for a misdemeanor violation of Speeding and Disobeying was an

" UNAWFUL ARREST AND INCARCERATION"

2. That it is a maxim of law that "LIBERTY IS MORE FVORED THAN ALL THNGS" That the law favors liberty above all things and aplies the most liberal interpretation to it. The common law rule regarding the procedure and process for ARREST was established in this country . In Allor v. Wayne Co. 43 Mich 76, 97, 4 N.W. 492, 495-96 (1880) Mr. Justice Campbell says:

"The constitution has provided that NO ONE shall be deprived of liberty WITHOUT DUE PROCESS OF LAW, and has provided that NO WARRANT shall issue except upon oath or affirmation establishing probable cause. That it has been settled for centuries and the doctrine has been recognized in the United States , that except in cases of reasonable beief of ...........TREASON or FELONY or BREACH OF THE PEACE ..........committed in the presence of the officer ...."THERE IS NO DUE PROCESS OF LAW........... WITHOUT A WARRANT ISSUED BY A COURT OR MAGISTRATE UPON A PROPER SHOWING OR FINDING.

1

3.      That it is fundamental that "the due process clause of the CONSTITUTION protects the citizen from UNLAWFUL ARRESTS". ............ State v. Quinn, 97 S.E. 62, 64, (S.C. 1918). By the common law, which is that law DUE PROCESS guarantees,

   "A citizen cannot be .... SUMMARILY ARRESTED... when he is found violating a law that is only a .........".MISDEMEANOR".  A warrant must first be acquired to ARREST such a person pursuant to DUE PROCESS OF LAW".

4.      Thus, where an ARREST is made without warrant, in a case NOT involving a FELONY or BREACH OF PEACE, the ARREST is UNLAWFUL. "Arrest without warrant whee a warrant is required , is NOT DUE PROCESS OF LAW, but arbitrary or despotic power no man possesses under our system of government.  "Thus when a police officer exceeds his powers in making an arrest he becomes a trespaser" and he is LIABLE FOR FALSE IMPRISONMENT. ................................Muscoe v. Commonwealth 86 V. 443, 10 S.E. 534, 536.  Cave v. Cooley, 152 P.2d 886 (N.M.)..... Poner v. State 52 S.E. 283, 285 (Ga.1905) ...Ulvestad v. Dolphin 278 P. 681 684 (Wash. 1924) ......Lee v. State 46 Tex. Cr. R. 94, 74 S.W. 28 (1903).

5.      Based on the LAW  there is NO DISPUTE that defendant Chase committed a criminal Act towards the Plaintiff.  Yes, Chase,  as he had the Duty to Protect the Plaintiff and his Failure to Protect to allow the police to ARREST AND INCARCERATE HER for a misdemeanor vioaltion,  he has trespassed against the law,  and he has committed a FELONY.   i WANT HIM INCARCERTED.  For this crime and the crimes of going inside my car without a WARRANT, stealing my documents inside my car,  having my car towed,  and and and and PROSECUTING ME for SPEEDING,  where SPEEDING IS NOT A CRIME IN NEW HAMPSIRE.  For a vioaltion of the Sixth Amendment  Speedy Trial Clause,

6.      Therefore, where this case has been suspended for years and yeras and yeras, where  Judge Laplante and Mullen falsely stated that there was no evidence in the files that the Plaintiff was prosecuted for speeding,  when in the files was an Affidavit under oath by Stuart Chase stated that the Plaintiff was indeed arrested and prosecuted for speeding, this was FRAUD ON/UPON THE COURT and  Judge Laplante in doing so trespassed against the law,  lost jurisdiction in the case,  and is liable for dismissing the Plaintiff's Motion for Summary Judgment by violating her Constitutional rights,  by FRAUD by PERJURY.

Where his rulings dismissing her Summary judgment based on the unlawful prosecution for speeding, is VOID OF NO LEGAL FORCE.

7.    And that the Town of Wolfeboro and Ransmeier are liable for the violations of the Plaintiff's rights, by policymaking officials and by Fraud on/upon the Court. For the cause and connection of her unlawful civil rights violations. As under a Monell claim.

7.    That therefore in the EGREGIOUS EGREGIOUS ACTS of the defendants, the Plaintiff is asking for $500,000. dollars for damages for pain and suffering, for the vioaltion of her liberty rights, for an unlawful seizure, for violation of DUE PROCESS OF THE LAW.

8.    THAT THE COURT IMMEDIATELY IMMEDIATELY AFTER SO MANY YEARS, ALLOW HER

HER CONSTITUTIONAL RIGHTS UNDER 1983 FOR DAMAGES BY A JURY OF HER PEERS.

Respectfully,

Josephine Amatucci

June 26, 2023

c.   Ransmeier and Town of Wolfeboro

*Josephine Amatucci*

FROM: Josephine Amatucci
P. O. Box 272
Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301