FILED - USDC -NH
2023 AUG 9 AM 11:07

8163

To:     Clerk Dan Lynch

From:   Josephine Amatucci

Re:     ACTIVE LAWSUITS THAT NEED TO BE RESOLVED:

    1. Josephine Amatucci v. O'Connor, 1:22-cv-00339-JL

    2. Josephine Amatucci v. Mullen, Laplante, 22-cv-547 -McCafferty

    3. Josephine Amatucci v. Town et al, 1:22-00319

    4. Josephine Amatucci v. Greenhalghn, 1:22-cv-00340 LM

    5. Josephine Amatucci v. Young, Bedley, et al, 2018-cv=1227

    6. Josephine Amtucci v. Trooper Rae, et al Case 220cv-00202 McAuliffe

Dear Mr. Lynch:

    I haven't heard from the Court in any of these cases for months. It appesars the cases have been placed in PURGATORY, however, I am 85 years old and this is causing me tremendous pain and suffering.

    I am asking that you please resolve this problem as the law requires that a judge not delay the resolution of cases before him, as it is his ethical duty to do so.

    A couple of these cases are over 5 years, Mr. Lynch. That is not ethical. Especially where I am 85 years old. And especially where there is NO DISPUTE that in case number one Attorney O'Connor has committed MALPRACTICE when he did not say one word at the trial, when it was his DUTY to defend me. And because of this unlawful ACT I was convicted, when he knew I should never have been convicted for causing an Assault with Bodily Injury, as before the Judge was a statement by the alleged victim that he had NO INJURY. And the same with all the cases above, there is NO DISPUTE yet the judges are refusing to dispose of these cases, by rightly allowing me a jury trial of my peers for damages as allowed under 1983.

    The main issue is Mr. Lynch is that I WON these cases, that there can be no

1

dispute to my claims in each case.

1.     In case number one, and at the trial, Attorney O'Connor was suppose to represent me for what or what did not accur at the Town DUMP but he never spoke one word at the trial, never defended me, in violation of his duty. A case of MALPRACTIVE, a Personal Injury lawsuit, as it was his DUTY under the law to defend me, and in not doing so he sided with the judge to have me convicted for a crime they all knew I never committed, the crime of an assault with bodily injury. As a matter of fact the police chief who had me unlawfully prosecuted for this crime of committing an...... Assault with Bodily Injury, was ....TERMINATED..... for his UNLAWFUL ACT in this case, , for his involvement in this case. where ......THERE IS NO DISPUTE...... that I should get damages allowed under 1983 for the unlawful malicious prosecution against me, of a fraudulent claim accusing me of an .... Assault with Bodily Injury...... when according to the evidence before the court, the alleged victim of the Assault stated very clearly that he had NO INJURY.

Therefore, it is critical that there be no further delay in the resolvement of this case when the evidence allows for NO DISPUTE. Where I have a right under the law to go before a jury of my peers for damages as allowed under 1983. I have the tape of the trial proving that O'Connor who is........... NOT A PUBLIC DEFENDER, never defended me at the trial.

CHASE WAS FORCED TO RETIRE

.2.     In case number two, Judge Laplante and Attorney Mullen in a Conspiracy insisted that I was never prosecuted for speeding, only for the offense of Disobeying a Police Officer, when before Mullen and Laplante, in the files, was an AFFIDAVIT made ...........UNDER OATH.......... by the former Police Chief Stuart Chase that verified that I was indeed prosecuted for speeding. Where Speeding is NOT A CRIME IN NEW HAMPSHIRE. This was a fourth Amendment violation, an unlawful seizure of my LIBERTY RIGHTS when I had to attend the court hearings and defend myself from being prosecuted for speeding, WHEN SPEEDING IS NOT A CRIME IN NH. This is also a case in violation of the Sixth Amendment as a trial was held one year and 3 weeks after I was arrested, accused, detained, when under the .......Sixth Amendment.... a trial is held no longer than 7 to 9 months, after being arrested, detained, and where there was NO REASON given for the delay. Therefore under the Sixth Amendment, the rulings by the judge at the trial, finding me guilty of Disobeying a Police Officer, is VOID OF NO LEGAL FORCE. I was found.... NOT GUILTY OF SPEEDING, and found GUILTY for not stopping for the police who were chasing me to stop me from reaching the Sheriff's office, where they knew I was going to complain about Chief Chase, who assaulted me in the police station when I accused Dean rondeau of misconduct. It is all in the case files. I am being denied my rights to damages for the UNLAWFUL PROSECUTION FOR SPEEDING, for the violation of the Sixth Amendment and Due Process. WHERE IS MY RIGHT TO A JURY TRIAL FOR DAMAGES.

RONDEAU WAS FORCED TO RETIRE

3.      In case number three, in an incident that occurred at the Town Dump, the FORMER Police Chief Dean Rondeau a defendant in this case, was TERMINATED by the Town, and forced to give up his badge, because of his involvement in this incident, that of an unlawful malicious prosecution, where he fraudulently conspired with the Belnap Sheriff's Dept. to accuse me of causing an Assault with Bodily Injury, on one of the employees at the dump, when he knew there was NO INJURY, that before Rondeau was a statement by the alleged victim of the Assault, stating that he had ........NO INJURY. Besides the fact that this employee, a Mr. Robert Maloney, falsely stated that he was standing in the doorway of the office at the dump when I pushed him aside to get inside the office, and he fell down two steps in the office. However, a witness of the event stated at the trial, that Mr. Maloney, was........... NEVER STANDING IN THE DOORWAY.   Maloney was .....TERMIANTED by the Town. Maloney also fraudulently stated to the Belnap sheriff's Dept. that he only knew me from my attending the Dump over the years, when the truth was he lived next door to me for years, and that I had a Restraining Order on his mother, Pauline Maloney.

   Therefore the prosecution was based on Fraud, and where I was prosecuted for a crime I never committed there is NO DISPUTE that I have a right to a jury of my peers for damages, as allowed under 1983, but this Court, this judge is DENYING ME MY RIGHTS, by refusing to disolve this case, in silence, in an abuse of discretion.

4.      This is a lawsuit against Judge Greenhalgh as an INDIVIDUAL, not in his official status, who was the presiding judge in the DUMP case as stated above under number 3, for refusing to litigate my MOTION TO DISMISS, which proved the Complaint by the Belnap Sheriff's Office accusing me prosecuting me for the crime of ASSAULT, WITH BODILY INJURY, was FRAUD, based on the evidence in the record that the alleged victim of the Assault, a Mr. Maloney stated very clearly he had NO INJURY. Where Greenhalgn thus in denying my Federal Civil Rights, Due Process of the Law, lost jurisdiction to hear the case, when in refusing to do so he violated my Civil Rights. And when Greenhalgh continued with a trial when he had no jurisdiction to do so, his conviction accusing me of committing an Assault with bodily Injury, was VOID OF NO LEGAL FORCE.

5.      This si a lawsuit against Deputy Sheriff Young for committing the crime of .......EXCESSIVE FORCE on me, where I ended up in the hospital with the injuries.

6.      This is a lawsuit regarding a violation I proved I never committed, yet the judge ignored my evidence, and fraudulently found me guilty for not stopping for a stop sign, Where it was all a set up to take away my license to drive, when after the trial Trooper Rae contacted the Department of Motor Vehicles asking that I be re-tested claiming I was too old to drive, a case of DISCRIMINATION, by stating according to my age I was a threat to the safety of the

3

public. A discrimination violation of my Civil rights to drive.

7.	In all of these cases there is......... NO DISPUTE.......with the the evidence before the court as to my claims, yet all the judges are stalling IN the.............................. DISPOSITION OF THE CASES.....................i NEED YOU TO FIND OUT WHAT IS GOING ON, as to why I have not heard from the judges for months on any of these cases.

8.	I need you Mr. Lynch to find out how long it will take for the judges to rule on these cases , as I filed motions for summary judgments that were never disputed, neither by the defendants or the judge, in a denial of my ........FEDERAL CONSTITUTIONAL RIGHTS, ....to damages under 1983. Please respond in writing and give me an answer on what is going on in these cases.

Respectfully,

Josephine Amatucci

August 7, , 2023

*Josephine Amatucci* (signature)

FROM: JOSEPHINE AMATUCCI
P.O. BOX 272
WOlfeBORO FAllS, N.H. 03896

To Clerk Lynch
United States District Court
District of New Hampshire
Office of Daniel Lynch
55 Pleasant Street
Room 110
Concord, New Hampshire 03301